IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:13-CV-00191-D

| ANGELA CARPENTER, Plaintiff, v. ETHICON, INC., ETHICON WOMEN'S HEALTH AND UROLOGY, A DIVISION OF ETHICON, INC., GYNECARE TVT SYSTEMS, JOHNSON & JOHNSON, Defendants. | ORDER |
|---|---|

**THIS CAUSE,** being before the undersigned Judge upon Motion of the Defendants, Ethicon, Inc. (on its own behalf and on behalf of its division, Ethicon Women's Heath & Urology, also improperly named as "Gynecare TVT Systems") and Johnson & Johnson (collectively, "Removing Defendants"), for an Order staying the proceedings pending its likely transfer to *In re: Ethicon, Inc. Pelvic Repair Sys. Prods. Liab. Litig.*, MDL No. 2327; and

**IT APPEARS** to the Court that the Motion should be allowed for good cause shown;

**IT IS, THEREFORE, ORDERED THAT** the Removing Defendants' Motion to Stay is granted. All activity in this case is stayed pending its likely transfer to *In re: Ethicon, Inc. Pelvic Repair Sys. Prods. Liab. Litig.*, MDL No. 2327

This the 9 day of September, 2013.

Chief U.S. District Court Judge James C. Dever, III